■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD EICHELSDERFER, Appellant.— In a coram nobis proceeding, defendant appeals from an order of the Supreme Court, Kings County, dated March 3, 1970, which denied the application without a hearing. Order affirmed. The papers presented to the Criminal Term did not warrant a hearing (*People* v. *Lynn*, 28 N Y 2d 196). Further, the claim of excessive sentence, made by defendant on this appeal, was not made (much less documented) in the papers in

support of this proceeding. In any case, that claim is patently without merit in view of the substantially higher maximum sentence to which defendant was subject as a second felony offender (see former Penal Law [of 1909], §§ 2127, 1941). Latham, Acting P. J., Shapiro, Gulotta and Christ, JJ., concur.